UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

NCS Pearson, Inc.,                       Case No. 20-CV-0594 (SRN/ECW )

       Plaintiff,

    v.                                                        **ORDER**

John Does (1 Through 21),

       Defendants.

Aaron Brecher and Jacob Marcus Heath, Orrick, Herrington & Sutcliffe, 701 Fifth Avenue, Suite 5600, Seattle, WA 98104 and Denise S. Rahne, Robins Kaplan LLP, 800 LaSalle Avenue, Suite 2800, Minneapolis, MN 55402-2015 for Plaintiff NCS Pearson, Inc.

This matter is before the Court upon the Notice filed by Plaintiff of its voluntary dismissal of this matter pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly, this action is DISMISSED, without prejudice, and with each party to bear their own costs, disbursements, and attorneys' fees.

                                          BY THE COURT:

Dated: May 11, 2021                 s/Susan Richard Nelson
                                          SUSAN RICHARD NELSON
                                          United States District Judge